UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| TROY HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 7:19-CV-89-REW |
| v. | ) | |
| | ) | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff seeks leave to proceed *in forma pauperis* (IFP). DE #3 (Motion). Before resolving the motion, the Court **DIRECTS** Hunt's counsel to confirm whether the affiant is, indeed, the document's signatory (*see* DE #3 at 2), or otherwise explain, no later than **Friday, October 18, 2019**.

This the 16th day of October, 2019.

Signed By:
*Robert E. Wier*   REW
United States District Judge