UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| TROY HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 7:19-CV-89-REW |
| v. ) | |
| ) | ORDER |
| ANDREW SAUL, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff sought leave to proceed *in forma pauperis* in this case, *see* DE #3, and the Court ordered clarification, given apparent signature discrepancy, *see* DE #5. Plaintiff has not responded, and the DE #5-permitted time to do so has expired.

The Court thus **DENIES** DE #3 without prejudice.

This the 23rd day of October, 2019.

Signed By:
*Robert E. Wier*  REW
United States District Judge