UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| TROY HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 7:19-CV-89-REW |
| v. ) | |
| ) | ORDER |
| ANDREW SAUL, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff, through counsel, previously sought leave to proceed *in forma pauperis* (IFP) in this case. DE #3. The Court directed Plaintiff's counsel to supplement the motion, clarifying whether the IFP affidavit was properly signed. DE #5. When counsel failed to do so within the time allotted, the Court denied the IFP motion without prejudice. DE #5. To date, Plaintiff still has not properly sought (and been granted) IFP status, nor has he paid the requisite filing fee to properly initiate this case. Additionally, the record does not demonstrate that Plaintiff has served Defendant within the time required by Rule 4(m). *See* Fed. R. Civ. P. 4(m) (requiring service within ninety days after complaint filing).[1]

---

[1] In seeking and receiving permission to appear *pro hac vice* in this case, *see* DE ##8 & 9, counsel agreed to adhere to the Kentucky Supreme Court Rules governing professional conduct. *See* LR 83.2(a)(3). Counsel must, in response to this Order, both show good cause for any failure to serve Defendant per Rule 4(m) **and** sufficiently justify the delay in prosecuting this Social Security action on behalf of Plaintiff. *See* Ky. S. Ct. R. 3.130 ("A lawyer shall act with reasonable diligence and promptness in representing a client."); *see also Turner v. City of Taylor*, 412 F.3d 629, 650 (6th Cir. 2005) (applying the "excusable neglect" standard to a failure to timely serve under Rule 4(m); *id.* (observing that the "excusable neglect standard has consistently been held to be strict").

1

Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE** within **fourteen days** why the Court should not dismiss this action for failure to prosecute under Rule 41(b) and/or failure to timely serve Defendant under Rule 4(m).

This the 17th day of March, 2020.

Signed By:
*Robert E. Wier* REW
United States District Judge